DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACQUELINE LUONGO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-707

[July 27, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case No. 14-012153CF10A.

Jacqueline Luongo, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***